Nicole Y. Blohm (SBN 177284)
E-mail: nblohm@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, California 90071-2953
Tel: 213.236.0600  Fax: 213.236.2700

Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ANA LARA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>　　　　Defendant. | Case No. 8:24-cv-00689-SVW(AJRx)<br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Judge: Stephen V. Wilson<br><br>Complaint Filed: March 29, 2024 |

IT IS HEREBY STIPULATED, by and between plaintiff ANA LARA and defendant LIFE INSURANCE COMPANY OF NORTH AMERICA, by and through their attorneys of record, that this action shall be dismissed in its entirety with prejudice as to all defendants pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Each party shall bear her or its own attorneys' fees and costs.

The parties further stipulate all dates be vacated and taken off the Court's calendar.

///

///

///

///

The parties seek the Court's approval of the dismissal of the action with prejudice.

**IT IS SO STIPULATED.**

Dated: July 25, 2024                        DARRASLAW

By: ___/s/ Phillip S. Bather___
　　Phillip S. Bather
　　Attorneys for Plaintiff
　　ANA LARA

Dated: July 25, 2024                        BURKE, WILLIAMS & SORENSEN, LLP

By: ___/s/ Nicole Y. Blohm___
　　Nicole Y. Blohm
　　Attorneys for Defendant
　　LIFE INSURANCE COMPANY OF
　　NORTH AMERICA

**Filer's Attestation-Local Rule 5-4.3.4(a)(2)(i)**

The filing attorney attests that she has obtained concurrence regarding the filing of this document and its content from the signatories to this document.